Mr. Nolan Greak
Attorney at Law
8008 Slide Road, Suite 30
Lubbock, Texas 79424-2828
(806) 783-0081 (Telephone)
(806) 783-0045 (Facsimile)
State Bar No. 08343200
ATTORNEY FOR WELLINGTON STATE BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDGAR SELMER HALE III and | § | CASE NO. 11-20630-rlj7 |
| CAREN JEAN SIELI HALE | § | Hearing on June 14, 2012 |
| DEBTOR | § | at 1:30 p.m. |

## MOTION TO WITHDRAW THE MOTIONS FOR APPROVAL OF REAFFIRMATION AGREEMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES WELLINGTON STATE BANK, and files this Motion to Withdraw the Motions for Approval of Reaffirmation Agreements, and in support thereof would respectfully show the Court as follows:

1. WELLINGTON STATE BANK and the Debtors, EDGAR SELMER HALE III and CAREN SIELI HALE, no longer desire to proceed with the Motions for Approval of Reaffirmation Agreements.

WHEREFORE, PREMISES CONSIDERED, WELLINGTON STATE BANK prays that the Court enter an Order Allowing Withdrawal of the Motions for Approval of Reaffirmation Agreements, and for such other and further relief, to which WELLINGTON STATE BANK may show itself justly entitled.

Respectfully submitted,

NOLAN GREAK
Attorney at Law
8008 Slide Road, Suite 30
Lubbock, Texas 79424-2828
806/783-0081 (Telephone)
806/783-0045 (Facsimile)

By: _____
    Nolan Greak
    State Bar No. 08343200

## CERTIFICATE OF DELIVERY

I hereby certify that on the 17 day of May, 2012, a true and correct copy of the above and foregoing instrument was served via ECF or first class mail as follows:

Edgar Selmer Hale III
1401 Bowie Street
Wellington, TX 79095

Caren Jean sieli Hale
1401 Bowie Street
Wellington, TX 79095

Kent David Ries
Bankruptcy Trustee
4211 I-40 West Suite 101
Amarillo, TX 79106

U.S. Trustee
1100 Commerce Street. Room 976
Dallas, Texas 75242-1496

All parties in interest registered with the
U.S. Bankruptcy Court to receive electronic
Notices in this case.

_____
Nolan Greak