IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDGAR SELMER HALE III and | § | CASE NO. 11-20630-rlj7 |
| CAREN JEAN SIELI HALE | § | Hearing on June 14, 2012 |
| DEBTOR | § | at 1:30 p.m. |

### ORDER WITHDRAWING MOTIONS FOR APPROVAL OF REAFFIRMATION AGREEMENTS

CAME ON before the Court for consideration the *Motion to Withdraw Motions For Approval of Reaffirmation Agreements* in the above-styled proceeding, and the Court having considered such Motion and being of the opinion that a withdrawal is appropriate; It is therefore ORDERED that the *Motions For Approval of Reaffirmation Agreements* are hereby withdrawn.

### END OF ORDER ###

APPROVED AS TO FORM AND SUBSTANCE:

_____
NOLAN GREAK
Greak Law, P.C.
Attorney at Law
State Bar No. 08343200
8008 Slide Road, Suite 30
Lubbock, Texas  79424-2828
806/783-0081 (Telephone)
806/783-0045 (Facsimile)